# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI,<br><br>       Plaintiff,<br><br>  v.<br><br>THE ALLEGHENY COUNTY BOARD OF ELECTIONS, RICH FITZGERALD, in his official capacity as a Member of the Allegheny County Board of Elections, SAMUEL DEMARCO, in his official capacity as a member of the Allegheny County Board of Elections, BETHANY HALLAM, in her official capacity as a member of the Allegheny County Board of Elections, and KATHY BOOCKVAR, in her official capacity as the Secretary of the Commonwealth of Pennsylvania,<br><br>       Defendants. | No. 2:20-cv-1831<br><br>(*filed electronically*) |

## PLAINTIFF NICOLE ZICCARELLI'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Nicole Ziccarelli respectfully moves this Court for a Temporary Restraining Order and a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure: (a) prohibiting the Allegheny County Board of Elections, acting through its members, Rich Fitzgerald, Samuel DeMarco, Bethany Hallam from amending the certification of the 2020 General Election results to include the tabulation and canvass of over 2,000 invalid mail-in ballots; and (b) prohibiting the Secretary of State, Kathy Boockvar from receiving or in any way acting upon any amended certification, which includes such invalid ballots in its tabulation. The grounds for this motion are set forth in the accompanying Memorandum of Law, attached hereto, which is

incorporated by reference. Further, this Motion is supported by the Verified Complaint of Plaintiff Ziccarelli.

Respectfully submitted,

Dated: November 25, 2020

/s/ Joshua J. Voss
Joshua J. Voss (No. 306853)
Matthew H. Haverstick (No. 85072)
   *Pro Hac Vice Forthcoming*
Shohin H. Vance (No. 323551)
   *Pro Hac Vice Forthcoming*
James G. Gorman (No. 328376)
   *Pro Hac Vice Forthcoming*
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Ph: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com
jvoss@kleinbard.com
svance@kleinbard.com
jgorman@kleinbard.com

*Attorneys for Plaintiff*