IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | CIVIL DIVISION |
| Plaintiff, | |
| | 2:20-cv-1831-JNR |
| v. | |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, RICH FITZGERALD, in his official capacity as a member of The Allegheny County Board of Elections, SAMUEL DEMARCO, in his official capacity as a member of the Allegheny County Board of Elections, BETHANY HALLAM, in her official capacity as a member of the Allegheny County Board of Elections, and KATHY BOOCKVAR, in her official Capacity as the Secretary of the Commonwealth of Pennsylvania, | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of Defendants The Allegheny County Board of Elections, Rich Fitzgerald, Samuel DeMarco, and Bethany Hallam in the above-captioned matter.

Date: November 25, 2020          Respectfully submitted,

/s/ *Virginia S. Scott*
Virginia S. Scott
Assistant County Solicitor
Pa I.D. # 61647
ALLEGHENY COUNTY LAW DEPARTMENT

445 Fort Pitt Blvd., Suite 300
Pittsburgh, PA 15219
(412) 350-1173
Virginia.scott@alleghenycounty.us