# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI,,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al.,<br><br>               Defendants. | NO. 2:20-cv-01831-NR |

## **ENTRY OF APPEARANCE**

**TO THE CLERK:**

    Kindly enter my appearance in this case as counsel for Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, in the above-captioned matter.

Dated: November 25, 2020

                                      HANGLEY ARONCHICK SEGAL
                                      PUDLIN & SCHILLER

                                      By:   */s/ Mark A. Aronchick*
                                              Mark A. Aronchick
                                              (Pa. I.D. No. 20261)
                                      One Logan Square, 27th Floor
                                      Philadelphia, PA 19103
                                      Telephone:  (215) 568-6200
                                      Email:  maronchick@hangley.com

- 2 -

*Counsel for Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania*

- 2 -

## **CERTIFICATE OF SERVICE**

I, Mark A. Aronchick, certify that on the 25th day of November, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

                                                        */s/ Mark A. Aronchick*
                                                        Mark A. Aronchick