# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | |
| Plaintiffs, | NO. 2:20-cv-001831-NR |
| v. | |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al., | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby **ORDERED** and **DECREED** that Robert A. Wiygul, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | : |
| Plaintiffs, | : NO. 2:20-cv-01831-NR |
| v. | : |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al., | : |
| Defendants. | : |

**MOTION FOR ADMISSION *PRO HAC VICE*** 

Robert A. Wiygul, undersigned counsel for Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania, hereby moves that Robert A. Wiygul be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Robert A. Wiygul in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  September 25, 2020

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  */s/ Robert A. Wiygul*
Robert A. Wiygul (Pa. I.D. No. 310760)
One Logan Square, 27th Floor
Philadelphia, PA  19103-6933
T: 215 568-6200
F: 215 568-0300

E: rwiygul@hangley.com

*Counsel for Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | : |
| Plaintiffs, | : NO. 2:20-cv-01831-NR |
| v. | : |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Robert A. Wiygul, certify that on November 25, 2020, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Robert A. Wiygul*
Robert A. Wiygul

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| NICOLE ZICCARELLI,<br><br>              Plaintiffs,<br><br>v.<br><br>THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al.,<br><br>              Defendants. | NO. 2:20-cv-01831-NR |

### AFFIDAVIT OF ROBERT A. WIYGUL IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert A. Wiygul, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Robert A. Wiygul, being duly sworn, do hereby depose and say as follows:

1. I am a Shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller.

2. My business address is One Logan Square, 18th & Cherry Streets, 27th Floor, Philadelphia, Pennsylvania 19103.

3. My Pennsylvania bar identification number is 310760.

4. I am a member in good standing of: (1) the Bar of the Commonwealth of Pennsylvania; (2) the Bar of the State of New Jersey; (3) the United States District Court for the Eastern District of Pennsylvania; (4) the United States District Court

for the Middle District of Pennsylvania; (5) the United States District Court for the District of New Jersey; (6) the United States District Court for the Northern District of New York; (7) the United States Court of Appeals for the 2nd Circuit (8) the United States Court of Appeals for the 3rd Circuit; (9) the United States Court of Appeals for the 8th Circuit; (10) the United States Court of Appeals for the 9th Circuit; and (11) the Supreme Court of the United States.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A.

6. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to the punishment.

Dated: November 25, 2020         /s/ Robert A. Wiygul
                                 Robert A. Wiygul

# EXHIBIT A



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Robert Andrew Wiygul, Esq.*

**DATE OF ADMISSION**

*April 18, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 16, 2020

John W. Person Jr., Esq.
Deputy Prothonotary