# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI,<br><br>   *Plaintiff*,<br><br>v.<br><br>THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al.<br><br>   *Defendant*. | No. 2:20-cv-01831-NR |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC J. SCHREINER

Eric J. Schreiner, undersigned counsel for Plaintiff, Nicole Ziccarelli, hereby moves that Eric J. Schreiner be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Eric J. Schreiner filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  12/01/2020          /s/ Eric J. Schreiner
Eric J. Schreiner, Esquire
PA ID No. 76721
eshreiner@kleinbard.com
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
P: (215) 568-2000
F: (215) 568-0140

*Attorney for Plaintiff, Nicole Ziccarelli*

Dated:  12/01/2020

/s/ Eric J. Schreiner
Eric J. Schreiner, Esquire
PA ID No. 76721
eshreiner@kleinbard.com
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
P: (215) 568-2000
F: (215) 568-0140

*Attorney for Plaintiff, Nicole Ziccarelli*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| NICOLE ZICCARELLI, | : |
| *Plaintiff*, | : No. 2:20-cv-01831-NR |
| v. | : |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al. | : |
| *Defendant*. | : |

## AFFIDAVIT OF ERIC J. SCHREINER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric J. Schreiner, make this affidavit in support of my Motion For Admission *Pro Hac Vice* in the above-captioned matter as counsel *pro hac vice* for Plaintiff, Nicole Ziccarelli, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Eric J. Schreiner, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Kleinbard LLC.

2. My business address is 1717 Arch Street, Three Logan Square, 5th Floor, Philadelphia, PA 19103.

3. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4. My Pennsylvania bar identification number is 76721.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted p*ro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: December 1, 2020                                   /s/ Eric J. Schreiner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | : |
| *Plaintiff*, | : No. 2:20-cv-01831-NR |
| v. | : |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al. | : |
| *Defendants*. | : |

## **CERTIFICATE OF SERVICE**

I, Eric J. Schreiner, certify that on December 1, 2020, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Eric J. Schreiner*
Eric J. Schreiner