### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI,<br><br>*Plaintiff*,<br><br>v.<br><br>THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al.<br><br>*Defendants*. | No. 2:20-cv-01831-NR |

### MOTION FOR ADMISSION *PRO HAC VICE*

James G. Gorman III, undersigned counsel for Plaintiff, Nicole Ziccarelli, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of James G. Gorman III, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **KLEINBARD LLC** |
| Dated: 12/3/2020 | /s/ *James G. Gorman III* |
|  | James G. Gorman III, Esquire |
|  | PA ID No. 328376 |
|  | 1717 Arch Street, 5th Floor |
|  | Philadelphia, PA 19103 |
|  | P: (215) 568-2000 |
|  | F: (215) 568-0140 |
|  | jgorman@kleinbard.com |
|  | *Attorney for Plaintiff, Nicole Ziccarelli* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, <br><br> *Plaintiff*, <br><br> v. <br><br> THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al. <br><br> *Defendants.* | No. 2:20-cv-01831-NR |

## AFFIDAVIT OF JAMES G. GORMAN III
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, James G. Gorman III, make this affidavit in support of my Motion For Admission Pro Hac Vice in the above-captioned matter as counsel *pro hac vice* for Plaintiff, Nicole Ziccarelli, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, James G. Gorman III, being duly sworn, do hereby depose and say as follows:

1. I am an Associate of the law firm Kleinbard LLC.

2. My business address is 1717 Arch Street, Three Logan Square, 5th Floor, Philadelphia, PA 19103.

3. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, Delaware and New Jersey.

4. My Pennsylvania bar identification number is 328376.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A.

6. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: December 3, 2020                                /s/ James G. Gorman III


# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI,<br><br>*Plaintiff*,<br><br>v.<br><br>THE ALLEGHENY COUNTY BOARD OF ELECTIONS, et al.<br><br>*Defendants*. | No. 2:20-cv-01831-NR |

## CERTIFICATE OF SERVICE

I, James G. Gorman III, certify that on December 3, 2020, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ James G. Gorman III*
James G. Gorman III