**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Secretary's September 11, 2020 Guidance |
| B | Secretary's September 28, 2020 Guidance |
| C | Secretary Boockvar's October 5, 2020 Brief to the United States Supreme Court |
| D | Secretary Boockvar's November 30, 2020 Brief to the United States Supreme Court |
| E | Screenshot of the Mail in Ballot Instructions Video and Accompanying Website Text |
| F | Mail in Ballot Instructions Video |
| G | Ziccarelli Application for Reargument and Order Regarding Application |
| H | *In re Canvass of Absentee and/or Mail in Ballots of November 3, 2020 General Election (Appeal of Donald J. Trump for President, Inc.*), No. 1191 C.D. 2020 (Nov. 25, 2020) |
| I | Intervenors' Letter to Westmoreland County Board of Elections |
| J | Minutes of the November 30, 2020 Meeting of the Westmoreland County Board of Elections |
| K | December 16, 2020 Email from the Department of State to the County Boards of Elections, with Attachments |