# EXHIBIT E



Find information regarding COVID-19.

ALLEGHENY COUNTY | LIVE  WORK  EXPLORE  GOVERNMENT  NEWS AND EVENTS  ABOUT

MY ALLEGHENY
SAVE PAGE

# MAIL-IN AND ABSENTEE VOTING

» Voter Services    » Election Calendar
» Election Results  » Candidates

HOW DO I...
SEE MORE
▼

> Government > Offices > Elections > Mail-In and Absentee Voting

## Mail-In and Absentee Voting

**VOTING**

Voter Registration

Mail-In and Absentee Voting ◄

In-Person Voting

Additional Election Offices

⚠ On October 14, the Elections Division announced that a ballot imaging error by Midwest Direct resulted in incorrect ballots being sent to 28,879 voters in Allegheny County. All impacted voters will be receiving corrected ballots the week of October 19. Read the full statement from Elections Division Manager Dave Voye, the letter from Midwest Direct, and the related press release.

All corrected ballots have now been delivered to the post office for mailing. The corrected ballots will have an orange bar on the outer envelope and on the declaration envelope, as well as those words. If you are not certain whether your ballot was correct, voters may always view the sample ballot for their municipality, ward and district on the county's webpage. If a voter is unsure of his or her municipality, ward and district, they can use the state's "Find Voter Registration Status" tool. On the page, where the polling place address is listed, the municipality, ward and district are also found.

Please contact the office directly using this form for additional information and options.

In Pennsylvania, you can choose to vote by mail by requesting an absentee or mail-in ballot.

To make sure that your vote is counted, be certain to follow the instructions that come with your ballot or consider this brief video to assist:



Mail in Ballot Instructions    Watch later    Share

Absentee ballot: If you plan to be out of the municipality on election day, or if you have a disability or illness, you should request this ballot which requires you to list a reason for your ballot.

Mail-in ballot:  Any voter may apply for a mail-in ballot. There is no reason needed.

− **I've heard that some people may automatically get their mail-in/absentee ballot in November without needing to apply again. How will I know if I will get mine?**

If you checked the box for a "permanent" mail-in ballot, then you will automatically receive the ballot in November.

You can look it up online using the state's ballot tracker to determine if you have an application on file.

In the alternative, you can call the Elections Division at 412.350.4500 or email your

name and voting address to electionscontact@alleghenycounty.us and we'd be happy to look it up to determine if you did select that option.

+ I've changed my mind and no longer want to vote by mail-in or absentee ballot. How can I cancel my application?

+ I heard that the county will be sending mail-in and absentee ballot applications to every voter. Is that true and, if so, when will they be sent?

+ What if I don't want to wait until I receive the paper application?

+ I received more than one application. Why? Do I need to complete more than one?

+ I already submitted my application for my ballot and then received another application. Do I need to apply again?

+ I've not received my ballot yet. What's the status?

+ If a person who has died receives an application, what should we do?

+ What happens if I send in more than one mail-in ballot application?

## Parks at Home

Check out these at-home activities and educational videos from the Allegheny County Parks.

Learn more



### Allegheny County

- Contact Us
- Mobile and Online Apps
- Accessibility

### Quick Links

Residents
Businesses
Visitors
Government

Careers
Videos
Parks
Court Records
Health
Human Services
Jail
Real Estate
All County Departments

### Follow Us

MORE SOCIAL MEDIA

Sign-up for email or text alerts >

- Disclaimers and Privacy Notice
- © Copyright 2020. All rights reserved.