# EXHIBIT F

Mail in Ballot Instructions Video: media submitted to chambers.