# EXHIBIT J

November 30, 2020

**<u>Westmoreland County Board of Elections</u>**

General Election of November 3, 2020

A meeting of the Westmoreland County Board of Elections met on Monday, November 30, 2020 at the Westmoreland County Courthouse, Commissioners Meeting Room #101, 2 North Main Street, Greensburg, PA. The following were present: Commissioners Sean Kertes, Douglas W. Chew, Gina Cerilli, Esq., County Solicitor Melissa A. Guiddy and Director of Elections JoAnn Sebastiani. The following business was conducted:

Mr. Kertes called the meeting to order at 3:03pm and led the Pledge of Allegiance.

*Public Comment*
*Marco Attisanto, representing Senator Jim Brewster's campaign, wishes to make position clear to ask that the 344 mail-in that do not have a date be counted; recalls that there was no second on a previous motion. Since then, he stated that the PA Supreme Court reviewed and agreed with Allegheny County to have them counted. He continues that with multiple opinions the ruling was clear. He asks that Westmoreland County have those ballots counted and get this election wrapped up and to move on. Commissioner Chew questions the mandatory language in the statute*

*Mr. Attisanto continues that the order of the court is clear, the Commonwealth court ruling is overturned; that is clearly stated in the order*

*Bill Bretz, Hempfield Township, Chair of the Westmoreland County Republican Committee, in reference to ballots being rejected for no date on the envelope, that the board has not taken action on – he asks that the code be applied consistently and urges the board to not take action at this time.*

*James Gorman, representing Nicole Zigarelli's campaign, states that all the order did was confirm Allegheny County and that there is nothing mandated in the ruling, it is an affirmation. He continues that four supreme court justices stated that undated mail in ballots are invalid ballots. He adds, that even if the board counts the ballots, there is still an equal protection argument and that it would dilute valid votes*

*Commissioner Cerilli would like to take action so that either side can take a motion to court.*

*Commissioners Cerilli makes a motion to count the undated ballots, which were timestamped by both the post office and the election bureau. The motion fails for lack of a second.*

*There are no further motions made on this matter.*

*Commissioner Cerilli questions Commissioners Kertes and Chew, as to why they wouldn't make a motion so that this matter can be taken to court?*

*Commissioner Chew questions why do we need a motion to follow the law?*

*Commissioner Cerilli states why not give them the opportunity to take this to court?*

County Solicitor, Melissa A. Guiddy presents updated certification which includes new tabulations of additional mail-in and absentees that were counted to day (November 30, 2020), adding that these are ones that the board had reviewed last week; in this batch there were 10 that were in the 45th district, 8 votes cast, 4 for each candidate.

Motion was made by Commissioner Chew, seconded by Commissioners Kertes and it was unanimously agreed to approve the updated certification as presented.

There being no further business, motion was made by Commissioner Chew, seconded by Commissioner Kertes and it was unanimously agreed to adjourn the meeting at 3:17pm

