UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

NICOLE ZICCARELLI,
    *Plaintiff*,

v.

THE ALLEGHENY COUNTY BOARD
OF ELECTIONS, *et al.*,
    *Defendants*.

Case No. 2:20-cv-01831-NR

## ORDER

    Now, this  23rd day of   December  , 202 0 , upon consideration of the motion of President Pro Tempore of the Pennsylvania Senate, Jake Corman, Majority Leader of the Pennsylvania Senate, Kim Ward, Speaker of the Pennsylvania House of Representatives, Bryan Cutler and Majority Leader of the Pennsylvania House of Representatives, Kerry Benninghoff, *Amici Curiae*, for leave to file a brief as *Amici Curiae*, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT**:

 s/ J. Nicholas Ranjan
Judge J. Nicholas Ranjan

1