## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE ZICCARELLI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-1831-NR |
| v. | ) | |
| | ) | |
| THE ALLEGHENY COUNTY | ) | The Honorable J. Nicholas Ranjan |
| BOARD OF ELECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

AND NOW, this ___ day of _____, 2020 upon consideration of the Intervenors' Motion to Dismiss, or in the alternative, Motion for Summary Judgment and any response thereto, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice. In the alternative, summary judgment is awarded in favor of Intervenors and against Plaintiff.

BY THE COURT:

_____, J.