## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing INTERVENORS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT was filed electronically on December 30, 2020. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Clifford B. Levine*
                                          Clifford B. Levine