## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing INTERVENORS' BRIEF IN SUPPORT OF DISMISSAL, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT was filed electronically on December 30, 2020. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Clifford B. Levine*
                                                Clifford B. Levine