# EXHIBIT 4

Received 11/19/2020 6:15:37 PM Supreme Court Western District

Filed 11/19/2020 6:15:00 PM Supreme Court Western District
103 WM 2020

## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2,349 BALLOTS IN THE 2020 GENERAL ELECTION<br><br>Petition of: Nicole Ziccarelli | No. 103 WM 2020 |

## **PRAECIPE**

Kindly mark Petitioner Nicole Ziccarelli's Emergency Application for Extraordinary Relief in the above matter WITHDRAWN.

        Respectfully submitted,

Dated: November 19, 2020     /s/ Matthew H. Haverstick
        Matthew H. Haverstick (No. 85072)
        Joshua J. Voss (No. 306853)
        Shohin H. Vance (No. 323551)
        Samantha G. Zimmer (No. 325650)
        KLEINBARD LLC
        Three Logan Square
        1717 Arch Street, 5th Floor
        Philadelphia, PA 19103
        Ph: (215) 568-2000
        Fax: (215) 568-0140
        Eml: mhaverstick@kleinbard.com
        jvoss@kleinbard.com
        svance@kleinbard.com
        szimmer@kleinbard.com

        *Attorneys for Nicole Ziccarelli*