IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE ZICCARELLI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-1831-NR |
| v. | ) | |
| | ) | |
| THE ALLEGHENY COUNTY | ) | |
| BOARD OF ELECTIONS, et al. | ) | The Honorable J. Nicholas Ranjan |
| | ) | |
| Defendants. | ) | |

### INTERVENORS' APPENDIX B TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Clifford B. Levine (Pa. Id. No. 33507)
Alex M. Lacey (Pa. Id. No. 313538)
Kyle J. Semroc (Pa. Id. No. 326107)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222-3152
(412) 297-4900

Marco S. Attisano (Pa. Id. No. 316736)
ATTISANO & ROMANO, LLC
429 Fourth Avenue, Suite 1705
Pittsburgh, PA 15219
(412) 336-8622

Lazar M. Palnick (Pa. Id. No. 52762)
1216 Heberton Street
Pittsburgh, Pennsylvania 15206
(412) 661-3633

*Attorneys for Intervenors,*
*Pennsylvania Democratic Party and James Brewster*

## List of Unreported Opinions

| Opinion | Citation | Page # |
| --- | --- | --- |
| 1 | *In Re: Canvass of Absentee and Mail-in Ballots of November 3, 2020 General Election*, Case No. 29 WAP 2020, --- A.3d ----, 2020 WL 6866415 (Pa. Nov. 23, 2020) | 2 |
| 2 | *Donald J. Trump for President, Inc. v. Boockvar*, Case No. 4:20-cv-2078, --- F.Supp.3d ----, 2020 WL 6821992 (M.D. Pa. Nov. 21, 2020) (Brann, J. op.) | 32 |
| 3 | *In Re: Canvass of Absentee and/or Mail-in Ballots of November 3, 2020 General Election*, Case No. 1191 C.D. 2020, (Pa. Commw. Ct. Nov. 25, 2020) (Slip. Op.) | 56 |
| 4 | *In Re: 2020 General Election Provisional Ballot Challenges*, Case No. 4152 of 2020 (Pa. Ct. Comm. Pl. Westmoreland Cty. Nov. 23, 2020) | 72 |
| 5 | *Donald J. Trump for President, Inc. v. Boockvar*, Case No. 2:20-cv-966, --- F.Supp.3d ----, 2020 WL 5997680 (W.D. Pa. Oct. 10, 2020) | 85 |
| 6 | *Strader v. U.S. Bank*, Case No. 2-19-cv-118-NR, 2020 WL 3447776 (W.D. Pa. Jun. 24, 2020) (Ranjan, J. op.) | 160 |
| 7 | *Campeau v. Soc. Sec. Admin.*, 575 F. App'x 35 (3d Cir. Aug. 8, 2014) | 167 |
| 8 | *Feehan v. Wisconsin Elections Comm'n*, Case No. 20-cv-1771, --- F. Supp. 3d ----, 2020 WL 7250219 (E.D. Wisc. Dec. 9, 2020) | 173 |
| 9 | *Bowyer v. Ducey*, Case No. cv-20-02321-PHX, --- F. Supp.3d ----, 2020 WL 7238261 (D. Ariz. Dec. 9, 2020) | 195 |
| 10 | *Wood v. Raffensperger*, Case No. 20-14418 ---F.3d ----, 2020 WL 7094866 (11th Cir. Dec. 5, 2020) | 219 |
| 11 | *King v. Whitmer*, Case No. cv-20-13134, 2020 WL 7134198 (E.D. Mich. Dec. 7, 2020) | 231 |