IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | : |
| Plaintiff, | : NO. 2:20-cv-001831-NR |
| v. | : |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, *et al.*, | : |
| Defendants. | : |

**MOTION OF SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA KATHY BOOCKVAR TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO GRANT SUMMARY JUDGMENT**

Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania, hereby moves for an Order dismissing all claims in the Amended Complaint with prejudice or, in the alternative, for an Order denying Plaintiff's Motion for Summary Judgment and granting summary judgment in her favor on all claims. In support of this motion, Movant relies on the accompanying Memorandum of Law. A proposed form of Order is attached hereto.

Dated: December 30, 2020

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:   */s/ Michele D. Hangley*
      Mark A. Aronchick
      Michele D. Hangley*
      Robert A. Wiygul*
      John G. Coit**
      One Logan Square, 27th Floor
      Philadelphia, PA 19103
      Telephone: (215) 496-7050
      Email: mhangley@hangley.com

*Counsel for Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania*

2

*\* Admitted pro hac vice*
*\*\* Pro hac vice motion to be filed*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | |
| Plaintiff, | NO. 2:20-cv-001831-NR |
| v. | |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

## CERTIFICATE OF COUNSEL

In accordance with § II(c) of this Court's Practices and Procedures, I certify that through a series of written and oral communications between November 25, 2020 and the present, counsel for Defendant Secretary of the Commonwealth of Pennsylvania Kathy Boockvar (the "Secretary") and counsel for Plaintiff have met and conferred in good faith regarding the issues identified in the Secretary's Rule 12 Motion to Dismiss the Amended Complaint.

Dated: December 30, 2020        */s/ Michele D. Hangley*
                                  Michele D. Hangley