# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, | : |
| Plaintiff, | : NO. 2:20-cv-001831-NR |
| v. | : |
| THE ALLEGHENY COUNTY BOARD OF ELECTIONS, *et al.*, | : |
| Defendants. | : |

**SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA KATHY BOOCKVAR'S APPENDIX TO MOTION TO DISMISS THE AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO GRANT SUMMARY JUDGMENT**

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:   */s/ Michele D. Hangley*
     Mark A. Aronchick
     Michele D. Hangley*
     Robert A. Wiygul*
     John G. Coit**
     One Logan Square, 27th Floor
     Philadelphia, PA 19103
     Telephone: (215) 496-7050
     Email: mhangley@hangley.com

*Counsel for Defendant Kathy Boockvar, in her official capacity as the Secretary of the Commonwealth of Pennsylvania*

\* *Admitted pro hac vice*
\*\* *Pro hac vice motion to be filed*

## TABLE OF CONTENTS

| Exhibit | Description |
|---|---|
| 1 | Redline comparison of Complaint (ECF 1) and Amended Complaint (ECF 29) |