IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

NICOLE ZICCARELLI,

Plaintiff,

v.  No. 2:20-cv-01831-NR

THE ALLEGHENY COUNTY BOARD
OF ELECTIONS, RICH FITZGERALD, in
his official capacity as a Member of the
Allegheny County Board of Elections,
SAMUEL DEMARCO, in his official capacity
as a member of the Allegheny County Board of
Elections, BETHANY HALLAM, in her official
capacity as a member of the Allegheny County
Board of Elections, and KATHY BOOCKVAR, in
her official capacity as the Secretary of the
Commonwealth of Pennsylvania,

Defendants.

**ORDER**

AND NOW, this ____ day of _____, 2021, it is hereby **ORDERED** and **DECREED** that Jason B. Torchinsky, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____
J.