IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE ZICCARELLI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-1831-NR |
| v. | ) | |
| | ) | |
| THE ALLEGHENY COUNTY | ) | |
| BOARD OF ELECTIONS, et al. | ) | The Honorable J. Nicholas Ranjan |
| | ) | |
| Defendants. | ) | |

## INTERVENORS' APPENDIX A TO REPLY BRIEF

Clifford B. Levine (Pa. Id. No. 33507)
Alex M. Lacey (Pa. Id. No. 313538)
Kyle J. Semroc (Pa. Id. No. 326107)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222-3152
(412) 297-4900

Marco S. Attisano (Pa. Id. No. 316736)
ATTISANO & ROMANO, LLC
429 Fourth Avenue, Suite 1705
Pittsburgh, PA 15219
(412) 336-8622

Lazar M. Palnick (Pa. Id. No. 52762)
1216 Heberton Street
Pittsburgh, Pennsylvania 15206
(412) 661-3633

*Attorneys for Intervenors,*
*Pennsylvania Democratic Party and James Brewster*

## List of Unreported Opinions

| Opinion | Citation | Page # |
|---|---|---|
| 1 | *Strader v. U.S. Bank*, Case No. 2-19-cv-118-NR, 2020 WL 3447776 (W.D. Pa. Jun. 24, 2020) (Ranjan, J. op.) | 2 |
| 2 | *In Re: Canvass of Absentee and Mail-in Ballots of November 3, 2020 General Election*, Case No. 29 WAP 2020, --- A.3d ----, 2020 WL 6866415 (Pa. Nov. 23, 2020) | 9 |
| 3 | *Donald J. Trump for President, Inc. v. Boockvar*, Case No. 4:20-cv-2078, --- F.Supp.3d ----, 2020 WL 6821992 (M.D. Pa. Nov. 21, 2020) (Brann, J. op.) | 38 |
| 4 | *Donald J. Trump for President, Inc. v. Sec'y of Pennsylvania*, 830 F. App'x 377 (3d Cir. 2020) | 62 |
| 5 | *In Re: Canvass of Absentee and/or Mail-in Ballots of November 3, 2020 General Election*, 1191 C.D. 2020 (Pa. Commw. Ct. Nov. 25, 2020) (Slip. Op.) | 76 |
| 6 | *Ziccarelli v. Allegheny County Board of Elections*, No. GD 20-011654 (Ct. Com. Pl. Allegheny Cty. Nov. 18, 2020) | 92 |