# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI, <br><br> Plaintiff, <br><br> v. <br><br> THE ALLEGHENY COUNTY BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | 2:20-cv-1831-NR |

## ORDER

**AND NOW**, this **12th day of January, 2021**, upon consideration of the parties' cross-motions for summary judgment, it is hereby **ORDERED** that Plaintiff's motion for summary judgment, ECF 46, is **DENIED** and Defendants and Intervenors' motions for summary judgment, ECF 52; ECF 56; ECF 58, are **GRANTED** for the reasons stated in the Court's opinion.

It is **FURTHER ORDERED** that the Court will enter final judgment in favor of Defendants and Intervenors, and against Plaintiff, on Counts I and II of the Amended Complaint. ECF 29.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge