# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE ZICCARELLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ALLEGHENY COUNTY BOARD<br>OF ELECTIONS, *et al.*,<br><br>　　　　　Defendants. | 2:20-cv-1831-NR |

## JUDGMENT

**AND NOW**, this **12th day of January, 2021**, it is hereby **ORDERED** that, in light of the Court's accompanying Opinion and Order, final judgment is entered in favor of Defendants and Intervenors, and against Plaintiff. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge